# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL NEGULIS ) | Case No. 5:20-cv-01694 |
| Plaintiff, ) | |
| ) | JUDGE SARA LIOI |
| v. ) | |
| STAHL/SCOTT FETZER COMPANY ) | |
| Defendant. ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 7th day of October, 2021.

*/s/Chris P. Wido*  
Chris P. Wido (009044)  
THE SPITZ LAW FIRM, LLC  
25200 Chagrin Boulevard, Suite 200  
Beachwood, OH 44122  
Phone: (216) 291-4744  
Fax:   (216) 291-5744  
Email: Chris.Wido@spitzlawfirm.com  

*Counsel for Plaintiff*

*/s/ John W. Hofstetter*  
Bonita L. Kristan (0073465)  
John W. Hofstetter (0087071)  
Littler Mendelson, P.C.  
1100 Superior Avenue, 20th Floor  
Cleveland, OH 44114  
Telephone: 216.696.7600  
Facsimile: 216.696.2038  
bkristan@littler.com  
jhofstetter@littler.com  

*Attorneys for Defendant*  
*Stahl/Scott Fetzer Company*

**IT IS SO ORDERED**.

**HONORABLE SARA LIOI**  
**UNITED STATES DISTRICT JUDGE**  
Date: October 8, 2021